AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| HAIJUN CAO,<br>on his own behalf and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>M & J ASIAN RESTAURANT INC.<br>d/b/a M & J Asian Cuisine<br><br>et al.<br>*Defendant(s)* | Civil Action No. 18-cv-08274 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Troy Law, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/12/2018

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*



**M & J ASIAN RESTAURANT INC. d/b/a M & J Asian Cuisine**
600 East 14th Street, New York, NY 10009

**JENNY XIE**
600 East 14th Street, New York, NY 10009

**"JOHN DOE"**
600 East 14th Street, New York, NY 10009

**HAIJUN CAO v.**
**M & J ASIAN RESTAURANT INC. d/b/a M & J Asian Cuisine, et al.**

**Summons Rider**