# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW

Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342

41-25 Kissena Blvd., Suite 119, Flushing, New York 11355

October 25, 2018

<u>*Via ECF*</u>
Honorable Lorna G. Schofield U.S.D.J
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Letter Motion Request to Adjourn Initial Pretrial Conference
from November 1, 2018,  Sine Die.**
*Cao v. M & J Asian Restaurant Inc. et al, 18-cv-08274*

Dear Judge Schofield:

    Our office represents the Plaintiff in the above captioned matter. We respectfully request an adjournment of the Initial Pre-trial Conference scheduled to be held on the November 1, 2018, Sine Die.

    The reason for the adjournment is that, Plaintiffs have asked the process server to serve upon the Defendants the Summons to the Complaint, the Complaint and other associated documents on October 4, 2018 and still waiting.

    Plaintiff believes that in the interest of justice and to save judicial economy, the Defendants be given time until the Summons is being served upon all the Defendants. Plaintiff will further keep the court updated as soon as the Defendants have been served.

    For all the foregoing reasons Plaintiff humbly request an adjournment pending when Defendants are served and/or represented.

    We thank the Court for its time and consideration in this matter.

    Respectfully submitted,
    TROY LAW, PLLC
    <u>/s/ John Troy</u>
    John Troy,
    *Attorneys for Plaintiff*