UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HAIJUN CAO,
*on his own behalf and on behalf of others similarly situated*

         Plaintiff,

    v.

M&J RESTAURANT INC.
  d/b/a M&J Asian Cuisine;
JENNY XIE, and
"JOHN DOE"

         Defendants.
-------------------------------------------------------X

**Case No. 18-cv-08274**

**PROPOSED DEFAULT JUDGMENT**

  This action was commenced in the Southern District of New York on September 11, 2018 with the filing of the Complaint.

  The Summons to the Complaint against M&J RESTAURANT INC. d/b/a M&J Asian Cuisine and JENNY XIE and "JOHN DOE" was issued on September 12, 2018.

  Plaintiff filed his Request for Certificate of Default stating that the M&J RESTAURANT INC. d/b/a M&J Asian Cuisine; JENNY XIE, and "JOHN DOE" were properly served and failed to appear on February 04, 2019 (*See* Docket No. 23).

  The Clerk's Certificate against M&J RESTAURANT INC. d/b/a M&J Asian Cuisine; JENNY XIE, and "JOHN DOE" was entered on February 05, 2019 (*See* Docket No. 25).

  NOW, on motion of Troy Law, PLLC, the attorneys for the Plaintiffs, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

  That Plaintiff, **HAIJUN CAO**, has judgment jointly and severally against Defendants, **M&J RESTAURANT INC. d/b/a M&J Asian Cuisine; JENNY XIE, and "JOHN DOE"** in the amount of **Fifty Seven Thousand Four Hundred Thirty Seven Dollars and Ninety One**

2

**Cents ($57,437.91)** including compensatory damages, permissible liquidated damages and penalties of violations arising under the New York Labor Law ("NYLL") and **not including prejudgment interest**; plus prejudgment interest pursuant to CPLR § 5001, accruing at the nine percent (9%) per annum rate set forth in CPLR § 5004 from **April 25, 2017** to entry of judgment, in the amount of **Two Thousand Three Hundred Fifty Nine Dollars and Sixty Eight Cents ($2,359.68)** (as of February 08, 2019) plus post-judgment interest pursuant to 28 U.S.C. § 1961.

That Plaintiff is entitled to recover **Thirteen Thousand Nine Hundred and Fifty Eight Dollars ($13,958.00)** in legal fees and **Seven Hundred Ninety Five Dollars and Fifty Cents ($795.50)** in costs jointly and severally from Defendants, **M&J RESTAURANT INC. d/b/a M&J Asian Cuisine; JENNY XIE, and "JOHN DOE"**.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL §198(4).

_____
Hon. **LORNA G. SCHOFIELD**